# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 740 |
| | : | |
| REAPPOINTMENT TO ORPHANS' | : | SUPREME COURT RULES DOCKET |
| COURT PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 16th day of May, 2017, the Honorable Stanley R. Ott, Montgomery County, is hereby reappointed as a member of the Orphans' Court Procedural Rules Committee, for a term expiring September 1, 2020.